■ JOZEF ACAR, Appellant, v ECCLESIASTICAL ASSISTANCE CORPORATION, Respondent, et al., Defendant. [4 NYS3d 3]—

Order, Supreme Court, New York County (Louis B. York, J.), entered September 24, 2013, which granted defendant Ecclesiastical Assistance Corporation's (defendant) motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The affidavit of plaintiff's expert meteorologist was not sufficient to raise a triable issue of fact as to whether the ice upon which plaintiff allegedly slipped and fell was a result of melting and refreezing of runoff created by defendant's snow-clearing activities. As Supreme Court found, the meteorologist's opinion offered by plaintiff was speculative. Plaintiff's expert did not refute the testimony of defendant's maintenance

supervisor that, shortly before plaintiff's fall, he had inspected the subject area and observed that it was free of ice. In any event, even if the snow removal efforts were incomplete, they did not exacerbate any hazardous condition (*see Joseph v Pitkin Carpet, Inc.*, 44 AD3d 462 [1st Dept 2007]). Concur—Tom, J.P., Friedman, Andrias, DeGrasse and Gische, JJ.